**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | Criminal No. 3:03-cr-120 WS |
| PAUL S. MINOR;  JOHN H. WHITFIELD; OLIVER E. DIAZ, JR.;  JENNIFER DIAZ; and WALTER W. "WES" TEEL | DEFENDANTS |

## JUDGMENT OF ACQUITTAL

Before the court is the motion of the United States in the above-styled and numbered case which is brought under Rule 29(a)[1] of the Federal Rules of Criminal Procedure for a Judgment of Acquittal on Counts 17 and 18 of the Second Superceding Indictment against the defendant Oliver E. Diaz. This court, being advised in the premises, finds the motion well taken and hereby enters its Judgment of Acquittal on these Counts.

**SO ORDERED AND ADJUDGED,** this the 18th day of June, 2008.

> s/ HENRY T. WINGATE
> CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Rule 29(a) provides that "motions for directed verdict are abolished and motions for judgment of acquittal shall be used in their place. The court on motion of a defendant or of its own motion shall order the entry of judgment of acquittal of one or more offenses charged in the indictment or information after the evidence on either side is closed if the evidence is insufficient to sustain a conviction of such offense or offenses. If a defendant's motion for judgment of acquittal at the close of the evidence offered by the government is not granted, the defendant may offer evidence without having reserved the right."